*In re* ROBERTO MORENO CARRERAS.

*Número:* TS-5099          *Resuelto:* 30 de mayo de 2003

*Edgardo Ortiz Bauzá,* director interino de la Oficina de Índices Notariales; *José M. Montalvo Trías,* director ejecutivo del Colegio de Abogados de Puerto Rico; *Héctor Clemente Delgado,* subprocurador general interino, y *Cynthia Iglesias Quiñones,* procuradora general auxiliar; *Roberto Moreno Carreras, pro se.*

## RESOLUCIÓN

Habiendo visto el Informe presentado por la Oficina de Inspección de Notarías el 6 de abril de 2003, la Moción en Cumplimiento de Orden, presentada por el Procurador General el 25 de abril de 2003, y la Moción en Contestación a Resolución, presentada por el Colegio de Abogados el 1 de mayo de 2003, *se readmite a Roberto Moreno Carreras a la práctica de la abogacía, tan pronto pague su deuda de cien dólares al Colegio de Abogados y cumpla con el trámite legal correspondiente.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López, la Juez Asociada Señora Naveira de Rodón y el Juez Asociado Señor Fuster Berlingeri no intervinieron.

(Fdo.) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*